UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RAYMOND SPACE, Individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BRPM TOWING SERVICE, INC.; DENTE BROTHERS TOWING, INC.; JERRY'S TOWING, INC.; and THE HOME DEPOT, INC.,<br><br>　　　　　　Defendants. | Civil Action No. 07-947 (JAG)<br><br>**ORDER** |

**GREENAWAY, JR., U.S.D.J.**

On June 13, 2007, Magistrate Judge Madeline Cox Arleo filed a Report and Recommendation ("R&R"), pursuant to FED. R. CIV. P. 72(b) and L. CIV. R. 72.1(a)(2), wherein she recommended that Plaintiff Raymond Space's ("Plaintiff") motion to remand be denied. The time for filing objections to the R&R has expired, and no objections were submitted.

A magistrate judge's recommended disposition of a dispositive matter is subject to de novo review. In re U.S. Healthcare, 159 F.3d 142, 145-46 (3d Cir. 1998); Temptations, Inc. v. Wager, 26 F. Supp. 2d 740, 743 (D.N.J. 1998); see also FED. R. CIV. P. 72(b). This Court has reviewed the parties' submissions and the R&R under the appropriate de novo standard, and agrees with Magistrate Judge Arleo's analysis and conclusion. Therefore,

IT IS on this 13th day of November, 2007,

1

ORDERED that Magistrate Judge Arleo's R&R be adopted as the opinion of the Court; and it is further

ORDERED that Plaintiff's motion to remand (Docket Entry No. 5) be denied; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

 S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.